# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-41520
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 30, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DANIEL ALANIS-GARZA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:11-CR-902-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Daniel Alanis-Garza has appealed the district court's judgment revoking his supervised release and imposing a 24-month term of imprisonment. At sentencing, the district court agreed to recommend that Alanis-Garza be placed in a facility in Three Rivers or as close to South Texas as possible. Although the judgment in Alanis-Garza's new criminal case includes the recommendation, the written revocation judgment does not. Alanis-Garza

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41520

contends that this omission is in the nature of a clerical error and that the case should be remanded for correction of the judgment pursuant to Federal Rule of Criminal Procedure 36.

The Government asserts that this court lacks jurisdiction because the issue raised does not involve an appealable final decision. We disagree. The case is REMANDED to the district court for the limited purpose of correcting a clerical error in the written judgment, *see* FED. R. CRIM. P. 36. In all other respects, the judgment of the district court is AFFIRMED.